SEYFARTH SHAW LLP
William J. Dritsas (SBN: 97523)
560 Mission Street, 31st Floor
San Francisco, California 94105
wdritsas@seyfarth.com
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

SEYFARTH SHAW LLP
Timothy M. Rusche (SBN: 230036)
333 South Hope Street, Suite 3900
Los Angeles, California 90071-1406
trusche@seyfarth.com
Telephone: (213) 270-9600
Facsimile: (310) 201-5219

Attorneys for Defendant
TESORO REFINING AND MARKETING COMPANY

GILBERT & SACKMAN, A LAW CORPORATION
Robert A. Cantore (SBN: 127462)
Jay Smith (SBN: 166105)
Joshua F. Young (SBN: 232995)
Linda S. Fang (SBN: 240245)
3699 Wilshire Blvd, Suite 1200
Los Angeles, CA   90010-2732
lfang@gslaw.org
Telephone: (323) 938-3000
Facsimile: (323) 937-9139

Attorneys for Plaintiff
RICK DELAGARZA, PAUL GUTIERREZ,
SAL LUCIDO and APRIL MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DELAGARZA, PAUL GUTIERREZ, SAL LUCIDO, and APRIL MOORE, individually and on behalf of all similarly situation current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No:  C 09-05803 MHP<br>[Hon. Marilyn Hall Patel]<br><br>**STIPULATION TO FILING OF SECOND AMENDED COMPLAINT AND WITHDRAWAL OF MOTION TO DISMISS OR STRIKE; [PROPOSED] ORDER** |

STIPULATION TO FILING OF SECOND AMENDED COMPLAINT AND
WITHDRAWAL OF MOTION TO DISMISS OR STRIKE; [PROPOSED] ORDER
Case No. C 09-05803 MHP

12275869v.14.1

Plaintiffs and Defendant Tesoro Refining and Marketing Company ("Tesoro"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed this lawsuit in state court on November 17, 2009;

**WHEREAS**, Plaintiffs filed their First Amended Complaint on December 8, 2009;

**WHEREAS**, Tesoro removed the lawsuit to federal court on December 10, 2009;

**WHEREAS**, Tesoro filed a motion to dismiss or strike on December 17, 2009;

**WHEREAS**, the lawsuit was reassigned to the Honorable Marilyn Hall Patel on December 21, 2009, and matters presently scheduled for hearing were ordered to be renoticed;

**WHEREAS**, the Court scheduled the initial case management conference for March 29, 2010;

**WHEREAS**, the Court's Standing Orders prohibits the filing of motions to dismiss before the initial case management conference;

**WHEREAS**, at the initial case management conference, the Court established a briefing schedule for Tesoro's motion to dismiss;

**WHEREAS**, Tesoro refiled its motion to dismiss or strike pursuant to Federal Rules of Civil Procedure 12(b)(6) and (f) on April 19, 2010, in accordance with the Court's briefing schedule;

**WHEREAS**, Plaintiffs filed a motion for leave to file a second amended complaint on April 19, 2010;

**WHEREAS**, Plaintiffs' opposition to Tesoro's motion to dismiss or strike is due on May 3, 2010;

**WHEREAS**, Tesoro's opposition to Plaintiffs' motion for leave to amend is due on May 3, 2010; and

**WHEREAS**, the parties agree that it is in the interest of judicial economy and the preservation of the parties' resources for Tesoro to withdraw the pending motion to dismiss or strike and stipulate to the filing of the second amended complaint.

2
STIPULATION TO FILING OF SECOND AMENDED COMPLAINT AND
WITHDRAWAL OF MOTION TO DISMISS OR STRIKE; [PROPOSED] ORDER
Case No. C 09-05803 MHP

12275869v.1

1  NOW, THEREFORE, the Parties agree and stipulate that:

2  (1) Plaintiffs shall file a second amended complaint in the form attached as Exhibit A hereto.

4  (2) Tesoro shall withdraw the pending motion to dismiss or strike allegations in the first amended complaint without prejudice to its ability to reassert its arguments contained therein, including in any future motion or proceeding.

7  (3) Tesoro shall file an answer to the second amended complaint within 30 days of the filing thereof.

9  (4) Plaintiffs agree not to pursue attorneys' fees or costs in connection with Tesoro's withdrawal of its motion to dismiss or strike.

11  (5) The Court shall hold a further case management conference on June 7, 2010, at 3:00 p.m., at which the parties may appear telephonically, in order to allow the Court to schedule pretrial, trial and other dates in the case in accordance with the joint case management status filed by the parties on March 19, 2010.

**IT IS SO STIPULATED.**

DATED: May 3, 2010          GILBERT & SACKMAN, A LAW CORPORATION

                            By  /s/ Linda S. Fang
                            _____
                            Linda S. Fang
                            Attorneys for Plaintiffs
                            RICK DELAGARZA, PAUL GUTIERREZ, SAL
                            LUCIDO and APRIL MOORE

DATED: May 3, 2010          SEYFARTH SHAW LLP

                            By  /s/ Timothy M. Rusche
                            _____
                            Timothy M. Rusche
                            Attorneys for Defendant
                            TESORO REFINING AND MARKETING COMPANY

~~PROPOSED~~ [ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/4/2010                    _____
                                   Hon. M
                                   United
                                   
IT IS SO ORDERED
/s/ Judge Marilyn H. Patel

3

STIPULATION TO FILING OF SECOND AMENDED COMPLAINT AND
WITHDRAWAL OF MOTION TO DISMISS OR STRIKE; [PROPOSED] ORDER
Case No. C 09-05803 MHP

12275869v.1