1  ROBERT A. CANTORE (CA Bar No. 127462)
   (Email: rac@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  **GILBERT & SACKMAN, A Law Corporation**
   3699 Wilshire Boulevard, Suite 1200
4  Los Angeles, California 90010
   Tel: (323) 938-3000, Fax: (323) 937-9139
5
   RICHARD R. ROUCO *(pro hac vice)*
6  (Email: rrouco@wdklaw.com)
   **WHATLEY DRAKE & KALLAS, LLC**
7  2001 Park Place North
   Birmingham, Alabama 35203
8  Tel: (205) 328-9576, Fax: (205) 328-9669

9  Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez,
   Sal Lucido, April Moore, and Charles Grimmett
10
   WILLIAM DRITSAS (CA Bar No. 97523)
11 (Email: wdritsas@seyfarth.com)
   **SEYFARTH SHAW LLP**
12 560 Mission Street, 31st Floor
   San Francisco, California 94105
13 Tel: (415) 397-2823, Fax: (415) 397-8549

14 TIMOTHY M. RUSCHE (CA Bar No. 230036)
   (Email: trusche@seyfarth.com)
15 **SEYFARTH SHAW LLP**
   333 South Hope Street, Suite 3900
16 Los Angeles, California 90071
   Tel: (310) 277-7200, Fax: (310) 201-5219
17
   Attorneys for Defendant Tesoro Refining and
18 Marketing Company

19                **UNITED STATES DISTRICT COURT**

20         **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| RICK DELAGARZA, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, and CHARLES GRIMMETT, individually and on behalf of all similarly situated current and former employees, | Case No. C 09-05803 MHP<br><br>Assigned for all purposes to Hon. Marilyn Hall Patel |
| Plaintiffs, | **STIPULATION RE CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO TRANSFER CASE** |
| v. | |
| TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive, | |
| Defendants. | |

1  Plaintiffs and Defendant Tesoro Refining and Marketing Company ("Tesoro"), by and through
2 their undersigned counsel of record, hereby stipulate as follows:
3  WHEREAS, Tesoro filed a motion to transfer case, or, in the alternative, stay proceedings (Dkt.
4 32) on June 1, 2010;
5  WHEREAS, the hearing on Tesoro's motion is scheduled for July 19, 2010, at 2:00 p.m.;
6  WHEREAS, Plaintiffs' lead trial counsel is unavailable on July 19, 2010.
7  NOW, THEREFORE, the parties agree and stipulate that the hearing on Tesoro's motion should
8 be continued to August 2, 2010, at 2:00 p.m.   *
9  **IT IS SO STIPULATED.**

10 Dated: June 17, 2010  **GILBERT & SACKMAN, A Law Corporation**

12  By:   s/ *Linda S. Fang*
    Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, and April Moore

14 Dated: June 17, 2010  **SEYFARTH SHAW LLP**

16  By:   s/ *Timothy M. Rusche*
    Attorneys for Defendant Tesoro Refining and Marketing Company

19  **[PROPOSED] ORDER**
20  Pursuant to the parties' stipulation, IT IS SO ORDERED.
21 Dated: __June 21, 2010_____       _____
22                                          Hon. Marilyn Hall Patel
                                            United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

25
26 **\* The Case Management Conference, currently on calendar for June 25, 2010, is RESCHEDULED to August 2, 2010 at 2:00 p.m.**

Case No. C 09-05803 MHP      1
STIPULATION RE CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO TRANSFER CASE

# CERTIFICATE OF SERVICE

I, Linda S. Fang, certify that on June 17, 2010, the foregoing document entitled:

**STIPULATION RE CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO TRANSFER CASE**

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

William Dritsas
wdritsas@seyfarth.com

Timothy M. Rusche
trusche@seyfarth.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 17, 2010, at Los Angeles, California.

        /s/ Linda S. Fang
        Linda S. Fang