IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARDNER, et al., | No. 09-05876 CW |
| Plaintiffs, | SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |
| v. | |
| SHELL OIL COMPANY, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the Court orders that the above-captioned case is referred to Judge Patel to determine whether it is related to <u>Delagarza v. Tesoro Refining and Marketing Co.</u>, Civil Case No. C 09-5803.

IT IS SO ORDERED.

Dated: 07/27/10

*Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge