1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  ADRIAN BARNES (CA Bar No. 253131)
   (Email: abarnes@gslaw.org)
4  **GILBERT & SACKMAN**
   **A LAW CORPORATION**
5  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010
6  Tel: (323) 938-3000, Fax: (323) 937-9139

7  RICHARD P. ROUCO *(pro hac vice)*
   (Email: rrouco@wdklaw.com)
8  **WHATLEY DRAKE & KALLAS, LLC**
   2001 Park Place North
9  Birmingham, Alabama 35203
   Tel: (205) 328-9576, Fax: (205) 328-9669

10
   Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett
11
   WILLIAM J. DRITSAS (CA Bar No. 97523)
12 (Email: wdritsas@seyfarth.com)
   **SEYFARTH SHAW LLP**
13 560 Mission Street, 31st Floor
   San Francisco, California 94105
14 Tel: (415) 397-2823, Fax: (415) 397-8549

15 TIMOTHY M. RUSCHE (CA Bar No. 230036)
   (Email: trusche@seyfarth.com)
16 **SEYFARTH SHAW LLP**
   333 South Hope Street, Suite 3900
17 Los Angeles, California 90071
   Tel: (213) 270-9662, Fax: (310) 201-5219
18
   Attorneys for Defendant Tesoro Refining and Marketing Company

19

**UNITED STATES DISTRICT COURT**

20

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

21

| | |
|---|---|
| RICK DELAGARZA, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, and CHARLES GRIMMETT, individually and on behalf of all similarly situated current and former employees, | Case No. C 09-05803 MHP |
| | Assigned for all purposes to Hon. Marilyn Hall Patel |
| Plaintiffs, | **JOINT STIPULATION TO ADD PLAINTIFF AND EXTEND DEADLINE TO FILE MOTIONS REGARDING CLASS CERTIFICATION; [PROPOSED] ORDER** |
| v. | |
| TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive, | |
| Defendants. | |

22
23
24
25
26
27
28

Case No. C 09-05803 MHP
JOINT STIPULATION TO ADD PLAINTIFF AND EXTEND DEADLINE TO FILE CLASS CERTIFICATION MOTIONS

1    Pursuant to L.R. 6-2 and 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April

2  Moore, and Charles Grimmett, and Defendant Tesoro Refining and Marketing Company ("Tesoro")

3  (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

4    WHEREAS, Plaintiffs brought this case as a putative class action on behalf of all current and

5  former employees of Tesoro who worked at least one 8-, 10-, or 12-hour shift at its Martinez, California

6  facility between April 25, 2004 and the time class certification is granted (Dkt. 41);

7    WHEREAS, the Parties have engaged in extensive motion practice wherein Tesoro sought to

8  transfer and consolidate these actions with *USW v. Shell Oil Co., et al.*, USDC Case No. 08-3693 RGK

9  (Ex);

10    WHEREAS, on August 2, 2010, the Court issued an Order requiring any motions regarding class

11  certification to be filed by December 13, 2010, oppositions to be filed on January 10, 2011, and replies (if

12  no cross-motions) to be filed on January 24, 2011, and scheduling the hearing on any motions regarding

13  class certification for February 7, 2010, at 2:00 p.m. (Dkt. 70);

14    WHEREAS, the Parties have exchanged written discovery and they have produced hundreds of

15  pages of responsive documents;

16    WHEREAS, as a result of information learned during discovery, Plaintiffs believe it necessary to

17  add Antonio Garcia as an additional named plaintiff in the action to represent putative class members

18  who are or have been employed at the Golden Eagle chemical plant, which Plaintiffs contend is part of

19  the Golden Eagle facility that is the subject of this lawsuit and covered by a separate collective

20  bargaining agreement;

21    WHEREAS, the Parties have taken three depositions and they have tentatively scheduled three

22  additional depositions to take place by the end of November, 2010;

23    WHEREAS, Tesoro will need additional time to investigate Mr. Garcia's employment history,

24  supplement its discovery responses to include documents related to Mr. Garcia, propound written

25  discovery directed to Mr. Garcia and take his deposition, and Plaintiffs will need time to respond to these

26  additional discovery requests;

27  ///

28  ///

Case No. C 09-05803 MHP
JOINT STIPULATION TO ADD PLAINTIFF AND EXTEND DEADLINE TO FILE CLASS CERTIFICATION MOTIONS

1    WHEREAS, the Parties agree that it is in the interest of judicial economy and the preservation of

2 the Parties' resources to avoid unnecessary motions and to stipulate to adding Mr. Garcia as a named

3 plaintiff in the action;

4    WHEREAS, there have been no other time modifications in this case and the time modification to

5 which the Parties stipulate herein will not adversely affect the schedule for the case.

6    NOW, THEREFORE, the Parties agree and stipulate that:

7    1.    Plaintiffs shall filed a third amended complaint in the form attached as Exhibit A hereto

8          within one week of an Order approving this joint stipulation;

9    2.    Tesoro shall respond to the third amended complaint within 30 days of the filing of

10         Plaintiffs' third amended complaint;

11   3.    The deadline for any motions regarding class certification shall be moved from December

12         13, 2010 to February 14, 20111;

13   4.    The deadline for oppositions to any motions regarding class certification shall be moved

14         from January 10, 2011 to March 14, 2011;

15   5.    The deadline for replies to motions regarding class certification shall be moved from

16         January 24, 2011 to March 28, 2011; and

17   6.    The hearing on the motions regarding class certification shall be moved from February 7,

18         2011, at 2:00 p.m. to April 11, 2011, at 2:00 p.m.

19   IT IS SO STIPULATED.

20 Dated: October 25, 2010                    **GILBERT & SACKMAN, A Law Corporation**

21

22                                             By:  ___/s/  Linda S. Fang_____
                                                    Linda S. Fang
23                                             Attorneys for Plaintiffs Rick Delagarza, Paul
                                               Gutierrez, Sal Lucido, April Moore, Charles
                                               Grimmett
24

25 Dated: October 25, 2010                    **SEYFARTH SHAW LLP**

26

27                                             By:  ___/s/  Timothy M. Rusche_____
                                                    Timothy M. Rusche
28                                             Attorneys for Defendant Tesoro Refining and
                                               Marketing Company

Case No. C 09-05803 MHP

JOINT STIPULATION TO ADD PLAINTIFF AND EXTEND DEADLINE TO FILE CLASS CERTIFICATION MOTIONS

**[PROPOSED] ORDER**

pages 1-3,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___10/26/2010_____      _____

Hon. Marilyn Hall Patel
United States District Judge



Case No. C 09-05803 MHP

JOINT STIPULATION TO ADD PLAINTIFF AND EXTEND DEADLINE TO FILE CLASS CERTIFICATION MOTIONS