1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  **GILBERT & SACKMAN**
   **A LAW CORPORATION**
4  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010
5  Tel: (323) 938-3000, Fax: (323) 937-9139

6  RICHARD P. ROUCO *(pro hac vice)*
   (Email: rrouco@wdklaw.com)
7  **WHATLEY DRAKE & KALLAS, LLC**
   2001 Park Place North
8  Birmingham, Alabama 35203
   Tel: (205) 328-9576, Fax: (205) 328-9669
9
   Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez,
10 Sal Lucido, April Moore, and Charles Grimmett

11 WILLIAM J. DRITSAS (CA Bar No. 97523)
   (Email: wdritsas@seyfarth.com)
12 **SEYFARTH SHAW LLP**
   560 Mission Street, 31st Floor
13 San Francisco, California 94105
   Tel: (415) 397-2823, Fax: (415) 397-8549
14
   TIMOTHY M. RUSCHE (CA Bar No. 230036)
15 (Email: trusche@seyfarth.com)
   **SEYFARTH SHAW LLP**
16 333 South Hope Street, Suite 3900
   Los Angeles, California 90071
17 Tel: (213) 270-9662, Fax: (310) 201-5219

18 Attorneys for Defendant Tesoro Refining and Marketing Company

19 **UNITED STATES DISTRICT COURT**

20 **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| 21  RICK DELAGARZA, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, and CHARLES GRIMMETT, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 09-05803 MHP<br><br>Assigned for all purposes to Hon. Marilyn Hall Patel<br><br>**JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND DEADLINE TO FILE MOTIONS REGARDING CLASS CERTIFICATION; [PROPOSED] ORDER** |

1       Pursuant to L.R. 6-2 and 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, and Charles Grimmett, and Defendant Tesoro Refining and Marketing Company ("Tesoro") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

      WHEREAS, on October 26, 2010, the Court granted the Parties' stipulation to allow Plaintiffs to file a third amended complaint and continue the deadline to file motions regarding class certification to February 14, 2011, with oppositions to be filed on March 14, 2011, and replies to be filed on March 28, 2011, and with motions to be heard on April 11, 2011, at 2:00 p.m. (Dkt. 78);

      WHEREAS, in December 2010 and January 2011, Plaintiffs' counsel and Tesoro's counsel took or defended 10 depositions in another action currently pending in the U.S. District Court for the Central District of California, *Burgess, et al. v. Tesoro Refining and Marketing Co.*, USDC Case No. CV10-5870 VBF (PLAx), where the deadline to file motions regarding class certification is January 31, 2011;

      WHEREAS, Plaintiffs have requested to depose approximately 10 representatives, supervisors, and managers of Tesoro, including Tesoro's former HR Manager, but scheduling conflicts and the trial schedules of Tesoro's attorneys have created scheduling challenges;

      WHEREAS, on January 13, 2011, Plaintiff Rick Delagarza notified Plaintiffs' counsel by email that he was taking emergency leave from Tesoro and wished to be dismissed from the lawsuit;

      WHEREAS, the remaining Plaintiffs anticipate that Tesoro will argue in opposition to Plaintiffs' motion for class certification that alleged differences among putative class members' job classifications, duties and responsibilities, and wage rates, as well as other alleged differences among the various work units at the refinery, including alleged differences between so-called "process" and "non-process" units, preclude class certification;

      WHEREAS, Mr. Delagarza was the only named Plaintiff who worked in a "process" unit during the relevant statutory period and the only Plaintiff who worked as a Shift Safety Inspector, the remaining Plaintiffs wish to add a new named plaintiff to represent putative class members who work in the "process" units and as Shift Safety Inspectors, among other reasons;

      WHEREAS, Tesoro will not stipulate to allow Plaintiffs to add another plaintiff to the case, and Plaintiffs intend to file a motion to amend the complaint to add a plaintiff as soon as their counsel obtains confirmation that Mr. Delagarza still wishes to be dismissed from the case;

WHEREAS, Plaintiffs' counsel has been summoned for jury duty in Pasadena, CA, the week of January 31, 2011, and she is unable to attend the further case management conference currently scheduled for January 31, 2011, in San Francisco;

WHEREAS, there has been one other time modification in this case and the time modification to which the Parties stipulate herein will not adversely affect the schedule for the case.

NOW, THEREFORE, the Parties agree and stipulate that:

1. The further case management conference currently scheduled for January 31, 2011, at 3:00 p.m., shall be moved to February 28, 2011, at 3:00 p.m.;

2. The deadline for any motions regarding class certification shall be moved from February 14, 2011 to March 28, 2011;

3. The deadline for oppositions to any motions regarding class certification shall be moved from March 14, 2011 to April 25, 2011;

4. The deadline for replies to any motions regarding class certification shall be moved from March 28, 2011 to May 9, 2011; and

5. The hearing on any motions regarding class certification shall be moved from April 11, 2011, at 2:00 p.m. to May 23, 2011, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: January 26, 2011   **GILBERT & SACKMAN, A Law Corporation**

By:   /s/  Linda S. Fang
      Linda S. Fang
Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett

Dated: January 26, 2011   **SEYFARTH SHAW LLP**

By:   /s/  Timothy M. Rusche
      Timothy M. Rusche
Attorneys for Defendant Tesoro Refining and Marketing Company

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION ON PAGES 1-2, ABOVE, IT IS SO ORDERED.

Dated: 1/27/2011

Hon. Marilyn Hall Patel
United States District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*