| | |
|---|---|
| 1 | JAY SMITH (CA Bar No. 166105) |
|   | (Email: js@gslaw.org) |
| 2 | LINDA S. FANG (CA Bar No. 240245) |
|   | (Email: lfang@gslaw.org) |
| 3 | **GILBERT & SACKMAN** |
|   | **A LAW CORPORATION** |
| 4 | 3699 Wilshire Boulevard, Suite 1200 |
|   | Los Angeles, California 90010 |
| 5 | Tel: (323) 938-3000, Fax: (323) 937-9139 |
| 6 | RICHARD P. ROUCO *(pro hac vice)* |
|   | (Email: rrouco@wdklaw.com) |
| 7 | **WHATLEY DRAKE & KALLAS, LLC** |
|   | 2001 Park Place North |
| 8 | Birmingham, Alabama 35203 |
|   | Tel: (205) 328-9576, Fax: (205) 328-9669 |
| 9 | |
| 10 | Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell |
| 11 | WILLIAM J. DRITSAS (CA Bar No. 97523) |
|   | (Email: wdritsas@seyfarth.com) |
| 12 | **SEYFARTH SHAW LLP** |
|   | 560 Mission Street, 31st Floor |
| 13 | San Francisco, California 94105 |
|   | Tel: (415) 397-2823, Fax: (415) 397-8549 |
| 14 | |
| 15 | TIMOTHY M. RUSCHE (CA Bar No. 230036) |
|   | (Email: trusche@seyfarth.com) |
|   | **SEYFARTH SHAW LLP** |
| 16 | 333 South Hope Street, Suite 3900 |
|   | Los Angeles, California 90071 |
| 17 | Tel: (213) 270-9662, Fax: (310) 201-5219 |
| 18 | Attorneys for Defendant Tesoro Refining and Marketing Company |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| RICK DELAGARZA, individually, and PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, CHARLES GRIMMETT, ANTONIO GARCIA, and BRIAN CASHWELL, individually and on behalf of all similarly situated current and former employees, | Case No. C 09-05803 MHP |
| | Assigned for all purposes to Hon. Marilyn Hall Patel |
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION MOTION BRIEFING SCHEDULE; [PROPOSED] ORDER** |
| v. | |
| TESORO REFINING AND MARKETING COMPANY and DOES 1 through 10, inclusive, | |
| Defendants. | |

1   Pursuant to L.R. 6-2 and 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April
2 Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell, and Defendant Tesoro Refining and
3 Marketing Company ("Tesoro") (collectively, "the Parties"), by and through their undersigned counsel,
4 hereby stipulate as follows:

5   WHEREAS, at the Case Management Conference on March 7, 2011, the Court ordered counsel to
6 meet and confer regarding outstanding discovery;

7   WHEREAS, counsel met and conferred on March 7, 2011 and continuing thereafter and, on
8 March 11, 2011, reached agreement regarding the scope of production of additional documents;

9   WHEREAS, Tesoro produced additional documents to Plaintiffs' counsel on March 16 and 18,
10 2011, and intends to produce additional documents by March 22, 2011;

11   WHEREAS, Plaintiffs have not yet received the documents produced on March 18 or 22 and they
12 believe that they will need at least 10 days, from the date of receipt, to be able to review the additional
13 documents produced by Tesoro and incorporate them into their class certification motion, which is
14 currently scheduled to be filed on March 28, 2011;

15   WHEREAS, because many of the additional documents that have or will be produced by Tesoro
16 may be subject to the stipulated protective order that has been entered in this case (Dkt. 81), as well as the
17 Court's Order modifying the stipulated protective order (Dkt. 81-1), Plaintiffs will need an additional 10
18 days to meet and confer with Tesoro regarding the documents that should be filed under seal and to
19 prepare and file, pursuant to L.R. 79-5 and 7-11, an administrative motion to file documents under seal;

20   WHEREAS, Tesoro intends to seek the depositions of individuals from whom Plaintiffs submit
21 declarations in support of their motion for class certification—whose identities are not yet known to
22 Tesoro—and because Plaintiffs have indicated they are likely to file approximately 15 such declarations,
23 Tesoro believes it needs additional time to conduct such depositions before filing its opposition;

24   WHEREAS, Tesoro has not yet had the opportunity to conduct the depositions of Antonio Garcia
25 and Brian Cashwell, new plaintiffs added to the lawsuit pursuant to the third and fourth amended
26 complaints; and

27   WHEREAS, there have been four other time modifications in this case and the time modification
28 to which the Parties stipulate herein will not adversely affect the schedule for the case.

Case No. C 09-05803 MHP                                  1
JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION MOTION BRIEFING SCHEDULE; [PROPOSED] ORDER

NOW, THEREFORE, the Parties agree and stipulate that:

1. The deadline for any motions regarding class certification shall be moved from March 28, 2011, to April 18, 2011;

2. The deadline for oppositions to any motions regarding class certification shall be moved from April 25, 2011 to June 13, 2011;

3. The deadline for replies to any motions regarding class certification shall be moved from May 9, 2011 to July 4, 2011; and

4. The hearing on any motions regarding class certification shall be moved from May 23, 2011, at 2:00 p.m. to July 18, 2011, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: March 22, 2011              **GILBERT & SACKMAN, A Law Corporation**

                                   By:   /s/  Linda S. Fang
                                         Linda S. Fang
                                   Attorneys for Plaintiffs Rick Delagarza, Paul
                                   Gutierrez, Sal Lucido, April Moore, Charles
                                   Grimmett

Dated: March 22, 2011              **SEYFARTH SHAW LLP**

                                   By:   /s/  Timothy M. Rusche
                                         Timothy M. Rusche
                                   Attorneys for Defendant Tesoro Refining and
                                   Marketing Company

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION ON PAGES 1-2, ABOVE, IT IS SO ORDERED.

Dated:  3/28/2011

Hon. Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA