UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DELAGARZA, individually, and PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, CHARLES GRIMMETT, ANTONIO GARCIA, and BRIAN CASHWELL individually and on behalf of all similarly situation current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING AND MARKETING COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: C 09-05803 MHP<br><br>[Hon. Marilyn Hall Patel]<br><br>[~~PROPOSED~~] ORDER SEALING CONFIDENTIAL DOCUMENTS<br><br><br>*Complaint Filed: November 17, 2009* |

-1-
[PROPOSED] ORDER SEALING CONFIDENTIAL DOCUMENTS

1    Having reviewed Tesoro Refining and Marketing Company's Notice of Filing
2 Declaration of Larry Hanson Re Sealable Information Pursuant to Local Rule 79-5(d), the
3 Declaration of Larry Hanson, and Plaintiffs' Exhibits 10, 11, 12, 13, 14, 15, 16, 21, and 23,
4 which have been filed under seal, the Court finds that compelling reasons to seal the documents
5 outweigh policies in favor of public disclosure.
6    Accordingly, Exhibits 10, 11, 12, 13, 14, 15, 16, 21 and 23 to the Declaration of Linda
7 Fang (Dkt. #110), filed by Plaintiffs in support of their motion for class certification, shall
8 remain sealed and not made available to the public.

10  **IT IS SO ORDERED.**

12  DATE: __4/28/2011__



_____
United States District Court Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 333 S. Hope Street, Suite 3900, Los Angeles, California 90071. On April 25, 2011, I served the within documents:

**[PROPOSED] ORDER SEALING CONFIDENTIAL DOCUMENTS**

☐ I sent such document from facsimile machine (213) 270-9601. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ electronically by using the Court's ECF/CM System.

Linda S. Fang, Esq.
GILBERT & SACKMAN
3699 Wilshire Blvd., Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-9139

Richard Rouco, Esq.
QUINN, CONNOR, WEAVER
DAVIES & ROUCO LLP
2700 Highway 280, Suite 380
Birmingham, AL 35223
Telephone: (205) 870-9989
Facsimile: (205) 803-4143

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 25, 2011, at Los Angeles, California.

_____
Elsa J. Terre