UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK DELAGARZA, et al.,

        Plaintiffs,

  v.

TESORO REFINING AND MARKETING COMPANY,

        Defendant.
_____/

No. C 09-5803 MHP

**ORDER RE DEPOSITIONS**

    Before the court is defendant's motion to take depositions exceeding the limit set. The depositions requested are of declarants who are not named plaintiffs in this purported class action, but all of whom save perhaps one claim to be members of the class. The court has reviewed the declarations and finds that some of the declarants appear to have worked or are working in areas or departments different from each other and from the plaintiffs. In other respects there is similarity among their factual assertions and characterizations of their work and working conditions. The court finds that it is appropriate to allow depositions of some, but not all of the declarants. Therefore, it permits the deposing of five of the declarants to be selected by defendants.

    Defendants are advised to choose well and wisely so as to have the most varied of the experiences represented by these declarants, for the court will not permit further depositions absent a **substantial** showing of necessity.

Each deposition taken pursuant to this order shall not exceed four hours. The depositions shall be set as soon as possible. The parties shall confer on a schedule for the depositions that takes into consideration the deponent's schedule as well as respect for opposing counsel's schedules.

IT IS SO ORDERED.

Dated: May 11, 2011

_____
MARILYN HALL PATEL
United States District Judge

2