| | |
|---|---|
| 1 | JAY SMITH (CA Bar No. 166105) |
| | (Email: js@gslaw.org) |
| 2 | LINDA S. FANG (CA Bar No. 240245) |
| | (Email: lfang@gslaw.org) |
| 3 | **GILBERT & SACKMAN, A Law Corporation** |
| | 3699 Wilshire Boulevard, Suite 1200 |
| 4 | Los Angeles, California 90010 |
| | Tel: (323) 938-3000, Fax: (323) 937-9139 |
| 5 | |
| | RICHARD R. ROUCO *(pro hac vice)* |
| 6 | (Email: rrouco@wdklaw.com) |
| | **QUINN, CONNOR, WEAVER, DAVIES & ROUCO** |
| 7 | 2700 Highway 280 East, Suite 380 |
| | Birmingham, Alabama 35223 |
| 8 | Tel: (205) 870-9989, Fax: (205) 803-4142 |
| 9 | Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, |
| | Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell |
| 10 | |
| 11 | WILLIAM DRITSAS (CA Bar No. 97523) |
| | (Email: wdritsas@seyfarth.com) |
| 12 | **SEYFARTH SHAW LLP** |
| | 560 Mission Street, 31st Floor |
| 13 | San Francisco, California 94105 |
| | Tel: (415) 397-2823, Fax: (415) 397-8549 |
| 14 | TIMOTHY M. RUSCHE (CA Bar No. 230036) |
| | (Email: trusche@seyfarth.com) |
| 15 | KRISTEN M. AGNEW (CA Bar No. 247656) |
| | (Email: kagnew@seyfarth.com) |
| 16 | **SEYFARTH SHAW LLP** |
| | 333 South Hope Street, Suite 3900 |
| 17 | Los Angeles, California 90071 |
| | Tel: (213) 270-9665, Fax: (310) 201-5219 |
| 18 | |
| 19 | Attorneys for Defendant Tesoro Refining and Marketing Company |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| RICK DELAGARZA, individually, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, CHARLES GRIMMETT, ANTONIO GARCIA, and BRIAN CASHWELL, individually and on behalf of all similarly situated current and former employees, <br><br>                  Plaintiffs, <br><br> v. <br><br> TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive, <br><br>                  Defendants. | Case No. C 09-05803 EMC <br><br> Assigned to the Hon. Edward M. Chen <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1   Pursuant to Civil L.R. 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April
2   Moore, Charles Grimmett, Antonio Garcia and Brian Cashwell ("Plaintiffs") and Defendant
3   Tesoro Refining and Marketing Company ("Tesoro") (collectively, the "Parties"), by and
4   through their undersigned counsel, hereby stipulate and agree as follows:

5   **WHEREAS,** a case management conference is currently scheduled in this matter for
6   June 1, 2012, at 10:30 a.m.

7   **WHEREAS,** the Parties are engaged in substantial settlement negotiations with a high
8   likelihood of success and hope to focus resources on settlement rather than continued litigation.

9   **WHEREAS,** the parties have participated in two all-day, private mediation sessions with
10  Mediator Mark Rudy, on October 15, 2011 and May 14, 2012.

11  **WHEREAS,** a settlement proposal was made during the mediation and the Parties are
12  now evaluating each other's respective positions.

13  **WHEREAS,** the Parties response to the settlement proposal is due at 12:00 noon on the
14  *same* day as the currently scheduled case management conference and, accordingly, the Parties
15  do not believe that the case management conference earlier that morning would be productive or
16  that a reasonable schedule for the case could be set while the potential settlement is pending.

17  **WHEREAS,** since the first mediation session, Tesoro has spent considerable time and
18  dedicated substantial resources to gathering payroll data, consisting of the number of 12-hour
19  shifts worked by, and the applicable wage rates for, each class member in this case (for a period
20  covering 8 years) and in another action (for a period covering more than 4 years), *Burgess v.*
21  *Tesoro Ref. & Mktg. Co.*, USCD Case No. 10-cv-05870 DMG (PLAx), which has been certified
22  as a class action and is pending in the U.S. District Court for the Central District of California.
23  The project requires the analysis of hundreds of thousands of daily time clock entries and
24  calculation of corresponding wage rates, for which the underlying data is not stored in a single
25  database. To determine the applicable wage rate and number of shifts worked, Tesoro has had to
26  work from multiple databases and manually transform data into workable electronic formats.

27  **WHEREAS,** Tesoro has provided payroll data related to the Los Angeles refinery, which
28  is the subject of *Burgess*, and the Golden Eagle refinery, which is the subject of the instant

1  action. Plaintiffs have spent considerable time and resources reviewing and analyzing the
2  payroll data that has been provided, and the Parties are working to resolve outstanding data
3  issues.
4      **WHEREAS**, the Parties are optimistic that settlement can be achieved within the next 60
5  days.
6      **WHEREAS,** the Parties agree that judicial economy would be promoted by continuing
7  the case management conference until July 13, 2012, or a date thereafter that is convenient for
8  the Court.
9      **THEREFORE, THE PARTIES HERETO STIPULATE AND RESPECTFULLY**
10 **REQUEST THAT THE COURT ORDER** that the case management conference scheduled for
11 June 1, 2012, be continued to July 13, 2012, or the soonest available date thereafter.

12
13 DATED:  May 30, 2012                SEYFARTH SHAW LLP
14
15                                     By___/s/ *Timothy M. Rusche*_____
                                            Timothy M. Rusche
16                                          Kristen M. Agnew
                                            Attorneys for Defendant
17                                          Tesoro Refining and Marketing Company

18 DATED:  May 30, 2012                GILBERT & SACKMAN
                                       A LAW CORPORATION
19
20
                                       By___/s/ *Linda S. Fang*_____
21                                          Linda S. Fang
                                            Attorneys for Plaintiffs
22

23     **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the case management
24 conference currently set for June 1, 2012 shall be rescheduled for July 13, 2012 at 10:30 a.m.
25
26 DATED:  May __30_. 2012.           _____
                                      **HONORABLE EDWARD M. CHEN**
27
28

---

STIPULATION AND [PROPOSED] ... MANAGEMENT CONFERENCE
14507093v.1                                         Case No. C 09-05803 EMC

*IT IS SO ORDERED  
Judge Edward M. Chen*

1  **CONSENT TO ELECTRONIC FILING**

2  Pursuant to General Order 45, paragraph X.B., I hereby attest that Linda S. Fang, a

3  registered ECF user whose user ID and password will not be utilized in the filing of the Joint

4  Stipulation to Continue the Case Management Conference, concurred in the filing.

5

6  DATED: May 30, 2012                    SEYFARTH SHAW LLP

7

8                                         By   /s/ Timothy M. Rusche
                                                Timothy M. Rusche
9                                               Kristen M. Agnew
                                           Attorneys for Defendant
10                                         Tesoro Refining and Marketing Company

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 09-05803 EMC

14507093v.1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 333 S. Hope Street, Suite 3900, Los Angeles, California 90071. On May 30, 2012, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

☐ I sent such document from facsimile machine (213) 270-9601. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 270-9601 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ electronically by using the Court's ECF/CM System.

Linda S. Fang, Esq.
GILBERT & SACKMAN
3699 Wilshire Blvd., Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-9139

Richard Rouco, Esq.
QUINN, CONNOR, WEAVER
DAVIES & ROUCO LLP
2700 Highway 280, Suite 380
Birmingham, AL 35223
Telephone: (205) 870-9989
Facsimile: (205) 803-4143

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 30, 2012, at Los Angeles, California.

_____
Cherie Thompson

14507093v.1