1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  **GILBERT & SACKMAN, A Law Corporation**
   3699 Wilshire Boulevard, Suite 1200
4  Los Angeles, California 90010
   Tel: (323) 938-3000, Fax: (323) 937-9139
5
   RICHARD R. ROUCO (*pro hac vice*)
6  (Email: rrouco@wdklaw.com)
   **QUINN, CONNOR, WEAVER, DAVIES & ROUCO**
7  2700 Highway 280 East, Suite 380
   Birmingham, Alabama 35223
8  Tel: (205) 870-9989, Fax: (205) 803-4142

9  Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez,
   Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell
10
   WILLIAM DRITSAS (CA Bar No. 97523)
11 (Email: wdritsas@seyfarth.com)
   **SEYFARTH SHAW LLP**
12 560 Mission Street, 31st Floor
   San Francisco, California 94105
13 Tel: (415) 397-2823, Fax: (415) 397-8549

14 TIMOTHY M. RUSCHE (CA Bar No. 230036)
   (Email: trusche@seyfarth.com)
15 KRISTEN M. AGNEW (CA Bar No. 247656)
   (Email: kagnew@seyfarth.com)
16 **SEYFARTH SHAW LLP**
   333 South Hope Street, Suite 3900
17 Los Angeles, California 90071
   Tel: (213) 270-9665, Fax: (310) 201-5219
18
   Attorneys for Defendant Tesoro Refining and
19 Marketing Company

20              **UNITED STATES DISTRICT COURT**

21     **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

22 RICK DELAGARZA, individually, PAUL          Case No. C 09-05803 EMC
   GUTIERREZ, SAL LUCIDO, APRIL MOORE,
23 CHARLES GRIMMETT, ANTONIO GARCIA,          Assigned to the Hon. Edward M. Chen
   and BRIAN CASHWELL, individually and on
24 behalf of all similarly situated current and former   **STIPULATION AND [PROPOSED]**
   employees,                                  **ORDER TO CONTINUE CASE**
25                     Plaintiffs,             **MANAGEMENT CONFERENCE**
        v.
26
   TESORO REFINING AND MARKETING
27 COMPANY and DOES 1 through 20, inclusive,

28                     Defendants.

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
14630505v.1                                    Case No. C 09-05803 EMC

1    Pursuant to Civil L.R. 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April

2  Moore, Charles Grimmett, Antonio Garcia and Brian Cashwell ("Plaintiffs") and Defendant

3  Tesoro Refining and Marketing Company ("Tesoro") (collectively, the "Parties"), by and

4  through their undersigned counsel, hereby stipulate and agree as follows:

5    **WHEREAS,** a case management conference is currently scheduled in this matter for July

6  13, 2012, at 10:30 a.m.

7    **WHEREAS,** the Parties are engaged in substantial settlement negotiations with a high

8  likelihood of success and hope to focus resources on settlement rather than continued litigation;

9    **WHEREAS,** the Parties have participated in two all-day, private mediation sessions with

10  Mediator Mark Rudy, on October 15, 2011 and May 14, 2012;

11    **WHEREAS,** the Parties have reached an agreement in principle resolving the "going

12  forward" issues that will require the negotiation of supplemental agreements to two separate

13  collective bargaining agreements governing the employment of class members in this action and

14  in *Burgess v. Tesoro Ref. & Mktg. Co.*, USCD Case No. 10-cv-05870 DMG (PLAx), which has

15  been certified as a class action and is pending in the U.S. District Court for the Central District of

16  California, and the participation of two local bargaining committees of Plaintiffs' labor union and

17  Tesoro labor negotiators, as well as ratification by the membership.

18    **WHEREAS,** a proposal regarding the monetary aspects of settlement was made during

19  the second mediation session, and the Parties are evaluating each others respective positions.

20    **WHEREAS,** since the first mediation session and now specifically in connection with

21  the proposed monetary settlement, the Parties have spent considerable time and dedicated

22  substantial resources to collecting and analyzing payroll data, consisting of the number of 12-

23  hour shifts worked by, and the applicable wage rates for, each class member in this case (for a

24  period covering 8 years) and in *Burgess* (for a period covering more than 4 years). The project

25  required the analysis of hundreds of thousands of daily time clock entries and calculation of

26  corresponding wage rates. The Parties are now extremely close to reaching an agreement on the

27  monetary aspects of settlement but must resolve final discrepancies between exposure analyses

28  and document the agreement;

1    WHEREAS, the Parties estimate that it will take at least an additional four weeks to

2    negotiate, draft, and reach a final agreement about the language in these documents;

3    WHEREAS, the Parties are optimistic that settlement can be achieved within the next 45

4    days; and

5    WHEREAS, the Parties agree that judicial economy would be promoted by continuing

6    the case management conference until August 17, 2012, or a date thereafter that is convenient for

7    the Court.

8    THEREFORE, THE PARTIES HERETO STIPULATE AND RESPECTFULLY

9    REQUEST THAT THE COURT ORDER that the case management conference scheduled for

10   July 13, 2012, be continued to August 17, 2012, or the soonest available date thereafter.

11

12   DATED:   July 6, 2012                    SEYFARTH SHAW LLP

13

14                                           By___/s/ *Timothy M. Rusche*_____
                                                Timothy M. Rusche
15                                              Kristen M. Agnew
                                             Attorneys for Defendant
16                                           Tesoro Refining and Marketing Company

17   DATED:   July 6 2012                     GILBERT & SACKMAN
                                              A LAW CORPORATION
18

19
                                             By___/s/ *Linda S. Fang*_____
20                                              Linda S. Fang
                                                Attorneys for Plaintiffs
21

22   PURSUANT TO STIPULATION, IT IS SO ORDERED that the case management
                                                              21
23   conference currently set for July 13, 2012 shall be rescheduled for August ~~17~~, 2012 at 10:30 a.m.

24

25   DATED: July __9__, 2012.

26                                           _____
                                             HONORABLE EDWARD M. CHEN
27

28

IT IS SO ORDERED
AS MODIFIED

Edward M. Chen
Judge Edward M. Chen

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CONSENT TO ELECTRONIC FILING

Pursuant to General Order 45, paragraph X.B., I hereby attest that Linda S. Fang, a registered ECF user whose user ID and password will not be utilized in the filing of the Joint Stipulation to Continue the Case Management Conference, concurred in the filing.

DATED:   July 6, 2012                                    SEYFARTH SHAW LLP


By___/s/  *Timothy M. Rusche*_____
         Timothy M. Rusche
         Kristen M. Agnew
Attorneys for Defendant
Tesoro Refining and Marketing Company

3

14630505v.1

1

## CERTIFICATE OF SERVICE

2  STATE OF CALIFORNIA      )
                                                  )  ss
3  COUNTY OF LOS ANGELES  )

4

        I am a resident of the State of California, over the age of eighteen years, and not a party
5  to the within action.  My business address is Seyfarth Shaw LLP, 333 S. Hope Street, Suite 3900,
   Los Angeles, California  90071.  On July 6, 2012, I  served the within documents:

6

## STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE
## MANAGEMENT CONFERENCE

7

8  ☐  I sent such document from facsimile machine (213) 270-9601.  I certify that said
       transmission was completed and that all pages were received and that a report was
       generated by facsimile machine (213) 270-9601 which confirms said transmission and
9      receipt.  I, thereafter, mailed a copy to the interested party(ies) in this action by placing a
       true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

10 ☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully
       prepaid, in the United States mail at Los Angeles, California addressed as set forth below.
11

   ☐  by personally delivering the document(s) listed above to the person(s) at the address(es)
12     set forth below.

13 ☐  by placing the document(s) listed above, together with an unsigned copy of this
       declaration, in a sealed Federal Express envelope with postage paid on account and
14     deposited with Federal Express at Los Angeles, California, addressed as set forth below.

   ☒  electronically by using the Court's ECF/CM System.
15

16

17 Linda S. Fang, Esq.                     Richard Rouco, Esq.
   GILBERT & SACKMAN                QUINN, CONNOR, WEAVER
18 3699 Wilshire Blvd., Suite 1200        DAVIES & ROUCO LLP
   Los Angeles, California 90010   2700 Highway 280, Suite 380
19 Telephone:  (323) 938-3000      Birmingham, AL 35223
   Facsimile:   (323) 937-9139     Telephone: (205) 870-9989
20                                                Facsimile:  (205) 803-4143

21

        I am readily familiar with the firm's practice of collection and processing correspondence
22 for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
   day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
23 motion of the party served, service is presumed invalid if postal cancellation date or postage
   meter date is more than one day after the date of deposit for mailing in affidavit.

24     I declare under penalty of perjury under the laws of the State of California that the above
   is true and correct.

25     Executed on July 6, 2012, at Los Angeles, California.

26

27                                               _____
                                                        Blanca Guerra
28

14630505v.1