1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  **GILBERT & SACKMAN, A Law Corporation**
   3699 Wilshire Boulevard, Suite 1200
4  Los Angeles, California 90010
   Tel: (323) 938-3000, Fax: (323) 937-9139
5
   RICHARD R. ROUCO *(pro hac vice)*
6  (Email: rrouco@wdklaw.com)
   **QUINN, CONNOR, WEAVER, DAVIES & ROUCO**
7  2700 Highway 280 East, Suite 380
   Birmingham, Alabama 35223
8  Tel: (205) 870-9989, Fax: (205) 803-4142

9  Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez,
   Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell
10
   WILLIAM DRITSAS (CA Bar No. 97523)
11 (Email: wdritsas@seyfarth.com)
   **SEYFARTH SHAW LLP**
12 560 Mission Street, 31st Floor
   San Francisco, California 94105
13 Tel: (415) 397-2823, Fax: (415) 397-8549

14 TIMOTHY M. RUSCHE (CA Bar No. 230036)
   (Email: trusche@seyfarth.com)
15 KRISTEN M. AGNEW (CA Bar No. 247656)
   (Email: kagnew@seyfarth.com)
16 **SEYFARTH SHAW LLP**
   333 South Hope Street, Suite 3900
17 Los Angeles, California 90071
   Tel: (213) 270-9665, Fax: (310) 201-5219
18
   Attorneys for Defendant Tesoro Refining and
19 Marketing Company

20                    UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| 22  RICK DELAGARZA, individually, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, 23  CHARLES GRIMMETT, ANTONIO GARCIA, and BRIAN CASHWELL, individually and on 24  behalf of all similarly situated current and former employees, 25                         Plaintiffs,            v. 26 27  TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive, 28                         Defendants. | Case No. C 09-05803 EMC  Assigned to the Hon. Edward M. Chen  **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia and Brian Cashwell ("Plaintiffs") and Defendant Tesoro Refining and Marketing Company ("Tesoro") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS,** a case management conference is currently scheduled in this matter for July 13, 2012, at 10:30 a.m.

**WHEREAS,** the Parties are engaged in substantial settlement negotiations with a high likelihood of success and hope to focus resources on settlement rather than continued litigation;

**WHEREAS,** the Parties have participated in two all-day, private mediation sessions with Mediator Mark Rudy, on October 15, 2011 and May 14, 2012;

**WHEREAS,** the Parties have reached an agreement in principle resolving the "going forward" issues that will require the negotiation of supplemental agreements to two separate collective bargaining agreements governing the employment of class members in this action and in *Burgess v. Tesoro Ref. & Mktg. Co.*, USCD Case No. 10-cv-05870 DMG (PLAx), which has been certified as a class action and is pending in the U.S. District Court for the Central District of California, and the participation of two local bargaining committees of Plaintiffs' labor union and Tesoro labor negotiators, as well as ratification by the membership.

**WHEREAS,** a proposal regarding the monetary aspects of settlement was made during the second mediation session, and the Parties are evaluating each others respective positions.

**WHEREAS,** since the first mediation session and now specifically in connection with the proposed monetary settlement, the Parties have spent considerable time and dedicated substantial resources to collecting and analyzing payroll data, consisting of the number of 12-hour shifts worked by, and the applicable wage rates for, each class member in this case (for a period covering 8 years) and in *Burgess* (for a period covering more than 4 years). The project required the analysis of hundreds of thousands of daily time clock entries and calculation of corresponding wage rates. The Parties are now extremely close to reaching an agreement on the monetary aspects of settlement but must resolve final discrepancies between exposure analyses and document the agreement;

1  WHEREAS, the Parties estimate that it will take at least an additional four weeks to
2  negotiate, draft, and reach a final agreement about the language in these documents;

3  WHEREAS, the Parties are optimistic that settlement can be achieved within the next 45
4  days; and

5  WHEREAS, the Parties agree that judicial economy would be promoted by continuing
6  the case management conference until August 17, 2012, or a date thereafter that is convenient for
7  the Court.

8  **THEREFORE, THE PARTIES HERETO STIPULATE AND RESPECTFULLY**
9  **REQUEST THAT THE COURT ORDER** that the case management conference scheduled for
10  July 13, 2012, be continued to August 17, 2012, or the soonest available date thereafter.

DATED: July 6, 2012                    SEYFARTH SHAW LLP


                                       By   /s/ Timothy M. Rusche
                                            Timothy M. Rusche
                                            Kristen M. Agnew
                                            Attorneys for Defendant
                                            Tesoro Refining and Marketing Company

DATED: July 6 2012                     GILBERT & SACKMAN
                                       A LAW CORPORATION


                                       By   /s/ Linda S. Fang
                                            Linda S. Fang
                                            Attorneys for Plaintiffs


**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the case management
conference currently set for July 13, 2012 shall be rescheduled for August ~~17~~ 21, 2012 at 10:30 a.m.

DATED: July  9 , 2012.

                                       _____
                                       HONORABLE EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

## CONSENT TO ELECTRONIC FILING

Pursuant to General Order 45, paragraph X.B., I hereby attest that Linda S. Fang, a registered ECF user whose user ID and password will not be utilized in the filing of the Joint Stipulation to Continue the Case Management Conference, concurred in the filing.

DATED: July 6, 2012                      SEYFARTH SHAW LLP


By  /s/ *Timothy M. Rusche*
    Timothy M. Rusche
    Kristen M. Agnew
    Attorneys for Defendant
    Tesoro Refining and Marketing Company

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 333 S. Hope Street, Suite 3900, Los Angeles, California 90071. On July 6, 2012, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

☐ I sent such document from facsimile machine (213) 270-9601. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 270-9601 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ electronically by using the Court's ECF/CM System.

Linda S. Fang, Esq.
GILBERT & SACKMAN
3699 Wilshire Blvd., Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-9139

Richard Rouco, Esq.
QUINN, CONNOR, WEAVER
DAVIES & ROUCO LLP
2700 Highway 280, Suite 380
Birmingham, AL 35223
Telephone: (205) 870-9989
Facsimile: (205) 803-4143

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 6, 2012, at Los Angeles, California.

_____
Blanca Guerra

14630505v.1