1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  **GILBERT & SACKMAN**
   **A LAW CORPORATION**
4  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010
5  Tel: (323) 938-3000, Fax: (323) 937-9139

6  RICHARD P. ROUCO *(pro hac vice)*
   (Email: rrouco@qcwdr.com)
7  **QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP**
   2700 Highway 280 East, Suite 380
8  Birmingham, Alabama 35223
   Tel: (205) 870-9989, Fax: (205) 803-4142
9
   Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez,
10 Sal Lucido, April Moore, Charles Grimmett, Antonio
   Garcia, and Brian Cashwell
11
   WILLIAM J. DRITSAS (CA Bar No. 97523)
12 (Email: wdritsas@seyfarth.com)
   **SEYFARTH SHAW LLP**
13 560 Mission Street, 31st Floor
   San Francisco, California 94105
14 Tel: (415) 397-2823, Fax: (415) 397-8549

15 TIMOTHY M. RUSCHE (CA Bar No. 230036)
   (Email: trusche@seyfarth.com)
16 **SEYFARTH SHAW LLP**
   333 South Hope Street, Suite 3900
17 Los Angeles, California 90071
   Tel: (213) 270-9600, Fax: (213) 270-9601
18
   Attorneys for Defendant Tesoro Refining and Marketing Company
19

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| RICK DELAGARZA, individually, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, CHARLES GRIMMETT, ANTONIO GARCIA, and BRIAN CASHWELL, individually and on behalf of all similarly situated current and former employees,<br><br>    Plaintiffs,<br>v.<br><br>TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. C 09-05803 EMC<br><br>Assigned to the Hon. Edward M. Chen<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Civil L.R. 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore,
2 Charles Grimmett, Antonio Garcia, and Brian Cashwell ("Plaintiffs") and Defendant Tesoro Refining and
3 Marketing Company ("Tesoro") (collectively, the "Parties"), by and through their undersigned counsel,
4 hereby stipulate and agree as follows:

5  WHEREAS, the Parties have reached a global settlement in principle of this action and two other
6 civil actions entitled *Burgess v. Tesoro Refining and Marketing Co.*, USDC Case No. 10-cv-05870 DMG
7 (C.D. Cal.) ("*Burgess*") and *United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied*
8 *Industrial & Service Workers International Union, AFL-CIO, CLC v. Shell Oil Company, Equilon*
9 *Enterprises LLC dba Shell Oil Products US, and Tesoro Refining and Marketing Co.*, USDC Case No.
10 08-3693 RGK (Ex) (C.D. Cal.) ("*USW*");

11  WHEREAS, the Parties desire that this action, *Burgess*, and *USW* be consolidated before the
12 Honorable Dolly M. Gee of the United States District Court for the Central District of California
13 (presiding judge in *Burgess*) for approval of the proposed global settlement;

14  WHEREAS, the plaintiffs in *Burgess* have filed an amended complaint consolidating the parties
15 and claims in this action and *Burgess*;

16  WHEREAS, the Parties are close to finalizing a memorandum of understanding of the global
17 settlement and they anticipate that they will be finalizing the settlement agreements and meal period
18 agreements and filing a motion for final approval of the global settlement before Judge Gee within the
19 next 45 days; and

20  WHEREAS, the Parties anticipate that, if the proposed global settlement is approved by Judge
21 Gee within the next 120 days, Plaintiffs will be able to file a notice of dismissal of this action by the end
22 of January 2013.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

THEREFORE, the Parties hereto stipulate and restfully request that the Court order that the case management conference scheduled for August 21, 2012, at 10:30 a.m., be continued to February 5, 2013, at 10:30 a.m., unless a notice of dismissal is filed, in which case the case management conference will be taken off calendar.

DATED: August 14, 2012                    SEYFARTH SHAW LLP


By   /s/ Timothy Rusche
    Timothy M. Rusche
Attorneys for Defendant Tesoro Refining and Marketing Company

DATED: August 14, 2012                    GILBERT & SACKMAN
                                          A Law Corporation


By   /s/ Linda Fang
    Jay Smith
    Linda S. Fang
Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the case management conference currently set for August 21, 2012 shall be rescheduled for February ~~5~~ 8, 2013, at 10:30 a.m., unless a notice of dismissal is filed, in which case the case management conference will be taken off calendar.

Dated: August 16, 2012

_____
Honorable Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Case No. C 09-05803 EMC                                    2
NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**CONSENT TO ELECTRONIC FILING**

Pursuant to General Order 45, paragraph X.B, I hereby attest that Timothy M. Rusche, a registered ECF user whose user ID and password will not be utilized in the filing of the foregoing document, concurred in the filing.

DATED:  August 14, 2012                                   GILBERT & SACKMAN
                                                                                    A Law Corporation


                                                                                    By    /s/ Linda Fang
                                                                                          Jay Smith
                                                                                          Linda S. Fang
                                                                                    Attorneys for Plaintiffs Rick Delagarza, Paul
                                                                                    Gutierrez, Sal Lucido, April Moore, Charles
                                                                                    Grimmett, Antonio Garcia, and Brian Cashwell

**CERTIFICATE OF SERVICE**

I, Linda S. Fang, certify that on <u>August 14, 2012</u>, the foregoing document entitled:

**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE**

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

Timothy M. Rusche
trusche@seyfarth.com

William Dritsas
wdritsas@seyfarth.com

Sara Poggi
spoggi@seyfarth.com

Kristen Agnew
kagnew@seyfarth.com

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 14, 2012, at Los Angeles, California.

                                  /s/  Linda S. Fang
                                  Linda S. Fang