JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
LINDA S. FANG (CA Bar No. 240245)
(Email: lfang@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000, Fax: (323) 937-9139

RICHARD P. ROUCO *(pro hac vice)*
(Email: rrouco@qcwdr.com)
**QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP**
2700 Highway 280 East, Suite 380
Birmingham, Alabama 35223
Tel: (205) 870-9989, Fax: (205) 803-4142

Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell

WILLIAM J. DRITSAS (CA Bar No. 97523)
(Email: wdritsas@seyfarth.com)
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
San Francisco, California 94105
Tel: (415) 397-2823, Fax: (415) 397-8549

TIMOTHY M. RUSCHE (CA Bar No. 230036)
(Email: trusche@seyfarth.com)
**SEYFARTH SHAW LLP**
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Tel: (213) 270-9600, Fax: (213) 270-9601

Attorneys for Defendant Tesoro Refining and Marketing Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| RICK DELAGARZA, individually, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, CHARLES GRIMMETT, ANTONIO GARCIA, and BRIAN CASHWELL, individually and on behalf of all similarly situated current and former employees,<br><br>                    Plaintiffs,<br>       v.<br><br>TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. C 09-05803 EMC<br><br>Assigned to the Hon. Edward M. Chen<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell ("Plaintiffs") and Defendant Tesoro Refining and Marketing Company ("Tesoro") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties have reached a global settlement in principle of this action and two other civil actions entitled *Burgess v. Tesoro Refining and Marketing Co.*, USDC Case No. 10-cv-05870 DMG (C.D. Cal.) ("*Burgess*") and *United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union, AFL-CIO, CLC v. Shell Oil Company, Equilon Enterprises LLC dba Shell Oil Products US, and Tesoro Refining and Marketing Co.*, USDC Case No. 08-3693 RGK (Ex) (C.D. Cal.) ("*USW*");

WHEREAS, the Parties desire that this action, *Burgess*, and *USW* be consolidated before the Honorable Dolly M. Gee of the United States District Court for the Central District of California (presiding judge in *Burgess*) for approval of the proposed global settlement;

WHEREAS, the plaintiffs in *Burgess* have filed an amended complaint consolidating the parties and claims in this action and *Burgess*;

WHEREAS, the Parties are close to finalizing a memorandum of understanding of the global settlement and they anticipate that they will be finalizing the settlement agreements and meal period agreements and filing a motion for final approval of the global settlement before Judge Gee within the next 45 days; and

WHEREAS, the Parties anticipate that, if the proposed global settlement is approved by Judge Gee within the next 120 days, Plaintiffs will be able to file a notice of dismissal of this action by the end of January 2013.

///
///
///
///
///
///

THEREFORE, the Parties hereto stipulate and restfully request that the Court order that the case management conference scheduled for August 21, 2012, at 10:30 a.m., be continued to February 5, 2013, at 10:30 a.m., unless a notice of dismissal is filed, in which case the case management conference will be taken off calendar.

DATED:  August 14, 2012                SEYFARTH SHAW LLP

By    /s/ Timothy Rusche
      Timothy M. Rusche
Attorneys for Defendant Tesoro Refining and Marketing Company

DATED:  August 14, 2012                GILBERT & SACKMAN
                                       A Law Corporation

By    /s/ Linda Fang
      Jay Smith
      Linda S. Fang
Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the case management conference currently set for August 21, 2012 shall be rescheduled for February ~~5~~ 8, 2013, at 10:30 a.m., unless a notice of dismissal is filed, in which case the case management conference will be taken off calendar.

Dated: August __16__, 2012

_____
Honorable Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONSENT TO ELECTRONIC FILING**

Pursuant to General Order 45, paragraph X.B, I hereby attest that Timothy M. Rusche, a registered ECF user whose user ID and password will not be utilized in the filing of the foregoing document, concurred in the filing.

DATED: August 14, 2012

GILBERT & SACKMAN
A Law Corporation

By   /s/ Linda Fang
　　　Jay Smith
　　　Linda S. Fang
Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell

# CERTIFICATE OF SERVICE

I, Linda S. Fang, certify that on <u>August 14, 2012</u>, the foregoing document entitled:

**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE**

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

Timothy M. Rusche
trusche@seyfarth.com

William Dritsas
wdritsas@seyfarth.com

Sara Poggi
spoggi@seyfarth.com

Kristen Agnew
kagnew@seyfarth.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 14, 2012, at Los Angeles, California.

                                                 /s/  Linda S. Fang
                                                 Linda S. Fang