1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  **GILBERT & SACKMAN, A Law Corporation**
   3699 Wilshire Boulevard, Suite 1200
4  Los Angeles, California 90010
   Tel: (323) 938-3000, Fax: (323) 937-9139
5
   RICHARD R. ROUCO *(pro hac vice)*
6  (Email: rrouco@wdklaw.com)
   **QUINN, CONNOR, WEAVER, DAVIES & ROUCO**
7  2700 Highway 280 East, Suite 380
   Birmingham, Alabama 35223
8  Tel: (205) 870-9989, Fax: (205) 803-4142

9  Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez,
   Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell
10
   WILLIAM DRITSAS (CA Bar No. 97523)
11 (Email: wdritsas@seyfarth.com)
   **SEYFARTH SHAW LLP**
12 560 Mission Street, 31st Floor
   San Francisco, California 94105
13 Tel: (415) 397-2823, Fax: (415) 397-8549

14 TIMOTHY M. RUSCHE (CA Bar No. 230036)
   (Email: trusche@seyfarth.com)
15 KRISTEN M. AGNEW (CA Bar No. 247656)
   (Email: kagnew@seyfarth.com)
16 **SEYFARTH SHAW LLP**
   333 South Hope Street, Suite 3900
17 Los Angeles, California 90071
   Tel: (213) 270-9665, Fax: (310) 201-5219
18
   Attorneys for Defendant Tesoro Refining and
19 Marketing Company

20                        **UNITED STATES DISTRICT COURT**

21              **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| 22  RICK DELAGARZA, individually, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, CHARLES GRIMMETT, ANTONIO GARCIA, and BRIAN CASHWELL, individually and on behalf of all similarly situated current and former employees, | Case No. C 09-05803 EMC |
| | Assigned to the Hon. Edward M. Chen |
| 25                    Plaintiffs, | **STIPULATION AND [PR<s>OPOS</s>ED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 26          v. | |
| 27  TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive, | |
| 28                    Defendants. | |

Case No. C 09-05803 EMC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

1    Pursuant to Civil L.R. 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April
2 Moore, Charles Grimmett, Antonio Garcia and Brian Cashwell ("Plaintiffs") and Defendant
3 Tesoro Refining and Marketing Company ("Tesoro") (collectively, the "Parties"), by and
4 through their undersigned counsel, hereby stipulate and agree as follows:
5    **WHEREAS,** a case management conference is currently scheduled in this matter for
6 February 8, 2013, at 10:30 a.m.
7    **WHEREAS,** the Parties are engaged in substantial settlement negotiations with a high
8 likelihood of success and hope to focus resources on settlement rather than continued litigation;
9    **WHEREAS,** the Parties have participated in two all-day, private mediation sessions with
10 Mediator Mark Rudy, on October 15, 2011 and May 14, 2012;
11    **WHEREAS,** on August 8, 2012, this case was consolidated with *Burgess v. Tesoro Ref.*
12 *& Mktg. Co.*, USCD Case No. 10-cv-05870 DMG (PLAx), which has been certified as a class
13 action and is pending in the U.S. District Court for the Central District of California;
14    **WHEREAS,** the Parties have reached an agreement in principle resolving the "going
15 forward" issues that will require the negotiation of supplemental agreements to two separate
16 collective bargaining agreements governing the employment of class members in this action and
17 in *Burgess*, and the participation of two local bargaining committees of Plaintiffs' labor union
18 and Tesoro labor negotiators, as well as ratification by the membership;
19    **WHEREAS**, a proposal regarding the monetary aspects of settlement was made during
20 the second mediation session, and the Parties are evaluating each other's respective positions;
21    **WHEREAS**, since the first mediation session and now specifically in connection with
22 the proposed monetary settlement, the Parties have spent considerable time and dedicated
23 substantial resources to collecting and analyzing payroll data, consisting of the number of 12-
24 hour shifts worked by, and the applicable wage rates for, each class member in this case (for a
25 period covering 8 years) and in *Burgess* (for a period covering more than 4 years).  The project
26 required the analysis of hundreds of thousands of daily time clock entries and calculation of
27 corresponding wage rates.  The Parties are now extremely close to reaching an agreement on the
28 monetary aspects of settlement but must resolve final discrepancies between exposure analyses
    and document the agreement;

1  **WHEREAS,** the Parties estimate that it will take at least an additional four weeks to
2  negotiate, draft, and reach a final agreement about the language in these documents;

3  **WHEREAS**, the Parties are optimistic that settlement can be achieved within the next 30
4  days; and

5  **WHEREAS,** the Parties agree that judicial economy would be promoted by continuing
6  the case management conference until March 1, 2013, or a date thereafter that is convenient for
7  the Court.

8  **THEREFORE, THE PARTIES HERETO STIPULATE AND RESPECTFULLY**
9  **REQUEST THAT THE COURT ORDER** that the case management conference scheduled for
10 February 8, 2013, be continued to March 1, 2013, or the soonest available date thereafter.

12 DATED:   January 31, 2013          SEYFARTH SHAW LLP

14                                     By___/s/  *Timothy M. Rusche*_____
                                          Timothy M. Rusche
15                                        Kristen M. Agnew
                                       Attorneys for Defendant
16                                     Tesoro Refining and Marketing Company

17 DATED:   January 31, 2013          GILBERT & SACKMAN
                                       A LAW CORPORATION

20                                     By___/s/  *Linda S. Fang*_____
                                          Linda S. Fang
21                                     Attorneys for Plaintiffs

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the case management
23 conference currently set for February 8, 2013 shall be rescheduled for March 7, 2013 at 10:30 a.m.

25 DATED: February 4, 2013.
                                       _____
26                                     **HONORABLE EDWARD M. CHEN**

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Case No. C 09-05803 EMC                       2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

**CERTIFICATE OF SERVICE**

I, Linda S. Fang, certify that on <u>January 31, 2013</u>, the foregoing document entitled:

**STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

Timothy M. Rusche
trusche@seyfarth.com

William Dritsas
wdritsas@seyfarth.com

Kristen M. Agnew
kagnew@seyfarth.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 31, 2013, at Los Angeles, California.

                                                     /s/ Linda S. Fang
                                                   Linda S. Fang

**ATTESTATION**

I, Linda S. Fang, am the ECF user whose ID and password were used to file the above Stipulation and [Proposed] Order to Continue Case Management Conference. In accordance with the Northern District of California's General Order 45, X.B and Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the other signatory in this document.

                                                     /s/ Linda S. Fang
                                                   Linda S. Fang