1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  **GILBERT & SACKMAN, A Law Corporation**
   3699 Wilshire Boulevard, Suite 1200
4  Los Angeles, California 90010
   Tel: (323) 938-3000, Fax: (323) 937-9139
5
   RICHARD R. ROUCO *(pro hac vice)*
6  (Email: rrouco@wdklaw.com)
   **QUINN, CONNOR, WEAVER, DAVIES & ROUCO**
7  2700 Highway 280 East, Suite 380
   Birmingham, Alabama 35223
8  Tel: (205) 870-9989, Fax: (205) 803-4142

9  Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez,
   Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia, and Brian Cashwell
10
   WILLIAM DRITSAS (CA Bar No. 97523)
11 (Email: wdritsas@seyfarth.com)
   **SEYFARTH SHAW LLP**
12 560 Mission Street, 31st Floor
   San Francisco, California 94105
13 Tel: (415) 397-2823, Fax: (415) 397-8549

14 TIMOTHY M. RUSCHE (CA Bar No. 230036)
   (Email: trusche@seyfarth.com)
15 KRISTEN M. AGNEW (CA Bar No. 247656)
   (Email: kagnew@seyfarth.com)
16 **SEYFARTH SHAW LLP**
   333 South Hope Street, Suite 3900
17 Los Angeles, California 90071
   Tel: (213) 270-9665, Fax: (310) 201-5219
18
   Attorneys for Defendant Tesoro Refining and
19 Marketing Company

20                    **UNITED STATES DISTRICT COURT**

21              **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| 22  RICK DELAGARZA, individually, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, CHARLES GRIMMETT, ANTONIO GARCIA, and BRIAN CASHWELL, individually and on behalf of all similarly situated current and former employees, <br><br> Plaintiffs, <br> v. <br><br> TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. C 09-05803 EMC <br><br> Assigned to the Hon. Edward M. Chen <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett, Antonio Garcia and Brian Cashwell ("Plaintiffs") and Defendant Tesoro Refining and Marketing Company ("Tesoro") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS,** a case management conference is currently scheduled in this matter for March 7, 2013, at 10:30 a.m.;

**WHEREAS,** the Parties are engaged in substantial settlement negotiations with a high likelihood of success and hope to focus resources on settlement rather than continued litigation;

**WHEREAS,** The Parties participated in two all-day, private mediation sessions with Mediator Mark Rudy, on October 15, 2011 and May 14, 2012. After these sessions, the Parties continued to engage in settlement discussions, ultimately agreeing to the principal terms of a settlement in or around July 2012;

**WHEREAS**, after reaching agreement regarding the principal terms of settlement, the Parties spent considerable time and dedicated significant resources to analyzing payroll data consisting of the number of 12-hour shifts worked by, and the applicable wage rates for, each class member in this case (for a period covering 7 1/2 years) and in *Burgess v. Tesoro Ref. & Mktg. Co.*, USCD Case No. 10-cv-05870 DMG (PLAx) ("Burgess") (for a period covering more than 4 years) to ensure that all eligible shifts were discovered in order to make accurate settlement payments to all class members;

**WHEREAS**, on August 8, 2012, the Parties consolidated this case with *Burgess*, which involves a certified class of employees at Tesoro's Los Angeles refinery and is pending in the U.S. District Court for the Central District of California;

**WHEREAS**, after reaching the agreement in principal, the Parties also negotiated the resolution of the "going forward" issues at Tesoro's Los Angeles and Golden Eagle refineries, which required the drafting and negotiation of supplemental agreements to two separate collective bargaining agreements governing the terms and conditions of employment of class members in this action and in *Burgess*, which required the participation of two local bargaining committees of Plaintiffs' labor union and Tesoro's labor negotiators;

1    **WHEREAS**, on or about December 4, 2012, the Parties finalized and executed a
2 detailed, 13-page Memorandum of Understanding specifying the terms of the global settlement
3 of this case, *Burgess*, and another related action, *United Steel, Paper & Forestry, Rubber, Mfg.,*
4 *Energy, Allied Indus. & Serv. Workers Int'l Union, AFL-CIO, CLC v. Shell Oil Co., Equilon*
5 *Enterp. LLC dba Shell Oil Prods. US, and Tesoro Ref. & Mktg. Co.*, USDC Case No. CV08-
6 3693 RGK (Ex), which is pending in the U.S. Court of Appeals for the Ninth Circuit, Case Nos.
7 11-55242 and 11-55530;

8    **WHEREAS**, on December 10 and 11, 2012, Class Counsel traveled to and held in-
9 person meetings with class members at the Los Angeles and Golden Eagle refineries to provide
10 information and answer questions regarding the settlement and proposed modifications to the
11 collective bargaining agreements.

12   **WHEREAS**, during and after these meetings, dozens of class members spoke to Class
13 Counsel regarding their individual settlement data, leading Class Counsel to discover certain
14 issues with the settlement data provided by Tesoro, including a number of employees who were
15 each missing six months to a year's worth of shift data.

16   **WHEREAS**, in or around December 2012 and thereafter, Class Counsel brought these
17 issues to Tesoro's attention and, on January 18, 2013 and thereafter, Tesoro provided Class
18 Counsel with three sets of supplemental data for more than 130 class members, consisting of
19 more than 10,000 additional shifts that had been inadvertently excluded from the settlement data.

20   **WHEREAS**, given the discovery of these issues, the Parties were required to renegotiate
21 certain aspects of their settlement agreement, and, on or about February 15, 2013, the Parties
22 reached an agreement on the revised settlement terms.

23   **WHEREAS**, the Parties have requested from the *Burgess* court a brief, two-week
24 continuance of the briefing deadlines to revise the motion for preliminary approval and
25 supporting documents, the settlement notice, the settlement agreement, and other supplemental
26 agreements in light of the revised settlement terms and are close to finalizing these documents.
27 The Parties have not sought an extension of the discovery, pre-trial or trial deadlines in that case;
28 and

1  **WHEREAS,** the Parties agree that judicial economy would be promoted by continuing
2  the case management conference until May 2, 2013, or a date thereafter that is convenient for the
3  Court.

4  **THEREFORE, THE PARTIES HERETO STIPULATE AND RESPECTFULLY**
5  **REQUEST THAT THE COURT ORDER** that the case management conference scheduled for
6  March 7, 2013, be continued to May 2, 2013, or the soonest available date thereafter.

8  DATED:   March 4, 2013                    SEYFARTH SHAW LLP

10                                           By    /s/  *Timothy M. Rusche*
11                                                 Timothy M. Rusche
                                                   Kristen M. Agnew
                                                   Attorneys for Defendant
12                                                 Tesoro Refining and Marketing Company

13  DATED:   March 4, 2013                    GILBERT & SACKMAN
                                              A LAW CORPORATION

16                                           By    /s/  *Linda S. Fang*
                                                   Linda S. Fang
17                                                 Attorneys for Plaintiffs

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the case management
19  conference currently set for March 7, 2013 shall be rescheduled to May __9__ at 10:30 a.m.

21  DATED:  March __6__, 2013.   _____
22                               **HONORABLE EDWARD M. CHEN**

IT IS SO ORDERED
Judge Edward M. Chen

## ATTESTATION

I, Linda S. Fang, am the ECF user whose ID and password were used to file the above Stipulation and [Proposed] Order to Continue Case Management Conference. In accordance with the Northern District of California's General Order 45, X.B and Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the other signatory in this document.

　　　　　　　　　　　　　　　　/s/ Linda S. Fang
　　　　　　　　　　　　　　　Linda S. Fang

## CERTIFICATE OF SERVICE

I, Linda S. Fang, certify that on March 4, 2013, the foregoing document entitled:

**STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

Timothy M. Rusche
trusche@seyfarth.com

William Dritsas
wdritsas@seyfarth.com

Kristen M. Agnew
kagnew@seyfarth.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 4, 2013, at Los Angeles, California.

　　　　　　　　　　　　　　　　/s/ Linda S. Fang
　　　　　　　　　　　　　　　Linda S. Fang