1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  **GILBERT & SACKMAN, A Law Corporation**
   3699 Wilshire Boulevard, Suite 1200
4  Los Angeles, California 90010
   Tel: (323) 938-3000, Fax: (323) 937-9139
5
   RICHARD R. ROUCO *(pro hac vice)*
6  (Email: rrouco@wdklaw.com)
   **QUINN, CONNOR, WEAVER, DAVIES & ROUCO**
7  2700 Highway 280 East, Suite 380
   Birmingham, Alabama 35223
8  Tel: (205) 870-9989, Fax: (205) 803-4142

9  Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez,
   Sal Lucido, April Moore, Charles Grimmett and Brian Cashwell
10
   WILLIAM DRITSAS (CA Bar No. 97523)
11 (Email: wdritsas@seyfarth.com)
   **SEYFARTH SHAW LLP**
12 560 Mission Street, 31st Floor
   San Francisco, California 94105
13 Tel: (415) 397-2823, Fax: (415) 397-8549

14 TIMOTHY M. RUSCHE (CA Bar No. 230036)
   (Email: trusche@seyfarth.com)
15 KRISTEN M. AGNEW (CA Bar No. 247656)
   (Email: kagnew@seyfarth.com)
16 **SEYFARTH SHAW LLP**
   333 South Hope Street, Suite 3900
17 Los Angeles, California 90071
   Tel: (213) 270-9665, Fax: (310) 201-5219
18
   Attorneys for Defendant Tesoro Refining and
19 Marketing Company

20                     **UNITED STATES DISTRICT COURT**

21             **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| 22  RICK DELAGARZA, individually, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, | Case No. C 09-05803 EMC |
| 23  CHARLES GRIMMETT, ANTONIO GARCIA, and BRIAN CASHWELL, individually and on | Assigned to the Hon. Edward M. Chen |
| 24  behalf of all similarly situated current and former employees, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE** |
| 25                 Plaintiffs, | **MANAGEMENT CONFERENCE** |
| 26         v. | |
| 27  TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive, | |
| 28                 Defendants. | |

Case No. C 09-05803 EMC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

Pursuant to Civil L.R. 7-12, Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett and Brian Cashwell ("Plaintiffs") and Defendant Tesoro Refining and Marketing Company ("Tesoro") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS,** a case management conference is currently scheduled in this matter for May 9, 2013, at 10:30 a.m.;

**WHEREAS**, on August 8, 2012, for purposes of achieving a global settlement, the Parties consolidated this case, which involves a certified class of 12-hour shift employees who work at Tesoro's Golden Eagle Refinery, with *Burgess v. Tesoro Ref. & Mktg. Co.*, USCD Case No. 10-cv-05870 DMG (PLAx) ("Burgess"), which involves a certified class of 12-hour shift employees who work at Tesoro's Los Angeles refinery and is pending in the U.S. District Court for the Central District of California, the Honorable Dolly M. Gee presiding;

**WHEREAS**, on April 5, 2013, Judge Gee entered an Order Certifying Settlement Class and Granting Preliminary Approval of Class Settlement and Settlement Notice, Procedure and Administrator;

**WHEREAS**, the fairness hearing for final approval of the global class action settlement will be held on July 19, 2013 at 9:30 a.m.;

**WHEREAS,** the Parties agree that judicial economy would be promoted by continuing the case management conference to August 22, 2013 or a date thereafter that is convenient for the Court, to allow the global settlement to be finalized and approved by Judge Gee;

**WHEREAS**, the Parties further agree that if the global settlement in *Burgess* is finalized and approved, and a notice of dismissal is filed in this case prior to August 22, 2013, or whatever date the Court schedules the conference, the case management conference will be taken off-calendar and no appearances will be required.

///
///
///
///

Case No. C 09-05803 EMC                              1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

**THEREFORE, THE PARTIES HERETO STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER** that the case management conference scheduled for May 9, 2013, be continued to August 22, 2013, or the soonest available date thereafter.

DATED: April 29, 2013                    SEYFARTH SHAW LLP

By  /s/ *Timothy M. Rusche*
    Timothy M. Rusche
    Kristen M. Agnew
Attorneys for Defendant
Tesoro Refining and Marketing Company

DATED: April 29, 2013                    GILBERT & SACKMAN
                                         A LAW CORPORATION

By  /s/ *Linda S. Fang*
    Linda S. Fang
Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett and Brian Cashwell

## ATTESTATION

I, Linda S. Fang, am the ECF user whose ID and password were used to file the above Stipulation and [Proposed] Order to Continue Case Management Conference. In accordance with the Northern District of California's General Order 45, X.B and Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the other signatory in this document.

  /s/ Linda S. Fang
  Linda S. Fang

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the case management conference currently set for May 9, 2013 shall be rescheduled to August 22, 2013 at 10:30 a.m.

If a notice of dismissal is filed in this action prior to August 22, 2013, the case management conference shall be taken off-calendar and no appearances will be required.

DATED:  4/30/13

The Honorable Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I, Linda S. Fang, certify that on <u>April 29, 2013</u>, the foregoing document entitled:

**STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

Timothy M. Rusche
trusche@seyfarth.com

William Dritsas
wdritsas@seyfarth.com

Kristen M. Agnew
kagnew@seyfarth.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 29, 2013, at Los Angeles, California.

           <u> /s/  Linda S. Fang   </u>
           Linda S. Fang