1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  **GILBERT & SACKMAN, A Law Corporation**
   3699 Wilshire Boulevard, Suite 1200
4  Los Angeles, California 90010
   Tel: (323) 938-3000, Fax: (323) 937-9139
5
   RICHARD R. ROUCO *(pro hac vice)*
6  (Email: rrouco@wdklaw.com)
   **QUINN, CONNOR, WEAVER, DAVIES & ROUCO**
7  2700 Highway 280 East, Suite 380
   Birmingham, Alabama 35223
8  Tel: (205) 870-9989, Fax: (205) 803-4142

9  Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez,
   Sal Lucido, April Moore, Charles Grimmett and Brian Cashwell
10
   WILLIAM DRITSAS (CA Bar No. 97523)
11 (Email: wdritsas@seyfarth.com)
   **SEYFARTH SHAW LLP**
12 560 Mission Street, 31st Floor
   San Francisco, California 94105
13 Tel: (415) 397-2823, Fax: (415) 397-8549

14 TIMOTHY M. RUSCHE (CA Bar No. 230036)
   (Email: trusche@seyfarth.com)
15 KRISTEN M. AGNEW (CA Bar No. 247656)
   (Email: kagnew@seyfarth.com)
16 **SEYFARTH SHAW LLP**
   333 South Hope Street, Suite 3900
17 Los Angeles, California 90071
   Tel: (213) 270-9665, Fax: (310) 201-5219
18
   Attorneys for Defendant Tesoro Refining and
19 Marketing Company

20                    **UNITED STATES DISTRICT COURT**

21            **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| 22  RICK DELAGARZA, individually, PAUL GUTIERREZ, SAL LUCIDO, APRIL MOORE, 23  CHARLES GRIMMETT, ANTONIO GARCIA, and BRIAN CASHWELL, individually and on 24  behalf of all similarly situated current and former employees, 25                    Plaintiffs,              v. 26 27  TESORO REFINING AND MARKETING COMPANY and DOES 1 through 20, inclusive, 28                    Defendants. | Case No. C 09-05803 EMC  Assigned to the Hon. Edward M. Chen  **JOINT STIPULATION AND [P~~ROPO~~SED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Case No. C 09-05803 EMC
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Rick Delagarza,
2   Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett and Brian Cashwell ("Plaintiffs")
3   and Defendant Tesoro Refining and Marketing Company ("Tesoro") (collectively, the "Parties"),
4   by and through their undersigned counsel, hereby stipulate and agree as follows:

5   **WHEREAS**, on August 8, 2012, for purposes of achieving a global settlement, the
6   Parties consolidated this case, which involves a certified class of 12-hour shift employees who
7   work at Tesoro's Golden Eagle Refinery, with *Burgess v. Tesoro Ref. & Mktg. Co.*, USCD Case
8   No. 10-cv-05870 DMG (PLAx) ("Burgess"), which involved a certified class of 12-hour shift
9   employees who work at Tesoro's Los Angeles refinery and was pending in the U.S. District
10  Court for the Central District of California, the Honorable Dolly M. Gee presiding;

11  **WHEREAS**, on July 22, 2013, Judge Gee entered an Order and Final Judgment (1)
12  Confirming Final Certification of Settlement Class; (2) Granting Final Approval of Class Action
13  Settlement; and (3) Granting Plaintiffs' Motion for Award of Attorneys' Fees and Costs;

14  **WHEREAS,** the Parties agree and stipulate that each party shall bear its own attorneys'
15  fees and costs in connection with this case;

16  **NOW, THEREFORE, THE PARTIES HERETO STIPULATE AND AGREE,**
17  **SUBJECT TO THIS COURT'S APPROVAL, AS FOLLOWS:**

18  1. This action and all claims Plaintiffs have asserted against Defendant in this action are
19     hereby dismissed with prejudice;
20  2. Plaintiffs and Defendant shall each bear their own attorneys' fees and costs;
21  3. The case is hereby closed and all scheduled dates, including the August 22, 2013 case
22     management conference, are struck from the Court's calendar.

23

24  DATED:  July 24, 2013                         SEYFARTH SHAW LLP
25
26                                               By  /s/ *Timothy M. Rusche*
                                                    Timothy M. Rusche
27                                                  Kristen M. Agnew

28                                               Attorneys for Defendant
                                                 Tesoro Refining and Marketing Company

DATED: July 24, 2013

GILBERT & SACKMAN
A LAW CORPORATION

By  /s/ *Linda S. Fang*
      Linda S. Fang

Attorneys for Plaintiffs Rick Delagarza, Paul Gutierrez, Sal Lucido, April Moore, Charles Grimmett and Brian Cashwell

## **ATTESTATION**

I, Linda S. Fang, am the ECF user whose ID and password were used to file the above Stipulation and [Proposed] Order to Continue Case Management Conference. In accordance with the Northern District of California's General Order 45, X.B and Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the other signatory in this document.

 /s/ Linda S. Fang
Linda S. Fang

\* \* \* \*

## **ORDER**

Based on the above Stipulation of the Parties, by and through their counsel of record, and for good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action and all claims Plaintiffs have asserted against Defendant in this action are hereby dismissed with prejudice;

2. Plaintiffs and Defendant shall each bear their own attorneys' fees and costs;

3. The case is hereby closed and all scheduled dates, including the August 22, 2013 case management conference, are struck from the Court's calendar.

DATED: July 24, 2013

GRANTED
Judge Edward M. Chen

The H[onorable]
U.S. D[istrict Judge]

Case No. C 09-05803 EMC                                2
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I, Linda S. Fang, certify that on <u>July 24, 2013</u>, the foregoing document entitled:

**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

Timothy M. Rusche
trusche@seyfarth.com

William Dritsas
wdritsas@seyfarth.com

Kristen M. Agnew
kagnew@seyfarth.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 24, 2013, at Los Angeles, California.

                                        /s/  Linda S. Fang
                                        Linda S. Fang